IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

vs.

David Alan BLAISDELL             Docket No.: 3:06CR376-01

**REQUEST FOR ITEMS TO BE DESTROYED**

David Alan Blaisdell was sentenced by Your Honor on 6/22/07 for the offense of Sexual Exploitation of Minors to 78 months imprisonment, to be followed by ten (10) years Supervised Release.

On 10/16/06, while defendant was under Pretrial Supervision, USPO David L. Waddell confiscated eight (8) .22 caliber bullets during a home inspection of defendant's residence. The bullets were located in plain view in defendant's bedroom.

At this time, I respectfully request that the evidence seized be destroyed under the guidelines of the Bureau of Alcohol, Tobacco, Firearms and Explosives (BATFE), and the Administrative Office of the U. S. Courts (AO).

If Your Honor concurs, please sign.

Pursuant to the above report, it is ordered that the aforementioned items be destroyed.

Dated this __24__ day of __March__, 2009.
                                        Signed: March 25, 2009


                                        _____
                                        Frank D. Whitney
                                        United States District Judge